■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID LAZADO, Appellant. [888 NYS2d 743]

Defendant made a valid waiver of his right to appeal, which forecloses his suppression claim. The court did not conflate the right to appeal with the rights automatically forfeited by pleading guilty, but separately explained that the waiver of the right to appeal was in consideration for the plea (*see People v Lopez*, 6 NY3d 248 [2006]). As an alternative holding, we also reject defendant's suppression claim on the merits. Concur—Tom, J.P., Sweeny, Moskowitz, Acosta and Abdus-Salaam, JJ.